FILED
MAY 1 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br><br>VINCENT McMAHON<br>    Defendant. | Case No.   06cr0257-GT<br><br>ORDER TERMINATING<br>SUPERVISED RELEASE |

Good cause appearing, IT IS HEREBY ORDERED that Defendant Vincent McMahon's Supervised Release in the above-noted case be terminated.

Date: MAY 13 2009

_____
HON. GORDON THOMPSON, JR.